

U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
2018 JAN 29 P 2: 10
STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                         Case No. 18-CR- **18-CR-022**
                                 [18 U.S.C. § 1343]

KEVIN WEBER,

        Defendant

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

**INTRODUCTION**
**(The Scheme to Defraud)**

1. Beginning on or about May 30, 2014, and continuing until February 15, 2017, in the State and Eastern District of Wisconsin and elsewhere,

**KEVIN WEBER,**

with the intent to defraud, knowingly participated in a scheme to defraud and to obtain money by means of materially false and fraudulent pretenses and representations (the "scheme"), which is further described below.

2. The essence of the scheme was that Weber used his position of Controller at Service Container Company ("SCC") to embezzle $592,006.53 in a variety of ways.

3. Weber used two separate corporate credit cards to make unauthorized, personal purchases. Weber made false entries in SCC's accounting records in order to conceal these unauthorized purchases.

4. Weber used a corporate debit card to make unauthorized, personal purchases. Weber made false entries in SCC's accounting records in order to conceal these unauthorized purchases.

5. Weber also misappropriated SCC's funds by writing unauthorized company checks to himself. In order to avoid detection, Weber only wrote out-of-sequence company checks payable to himself.

6. In approximately 2013, Weber reached a verbal agreement with SCC that SCC would pay Weber's health insurance premiums every month, and Weber agreed to reimburse SCC for half of his monthly health insurance premium. Beginning by at least October 2015, Weber stopped reimbursing SCC for the health insurance premium, as previously agreed.

7. Weber paid himself an unauthorized bonus in 2016.

8. Beginning in Fall 2016, SCC was having liquidity problems, and in order to continue and conceal his scheme to defraud, Weber took out unauthorized loans on the company's behalf. In order to apply for these loans, Weber impersonated the owner of SCC by using his personal information in the application process and impersonating him over the telephone. On January 13, 2017, one of these online lending companies, OnDeck Capital Inc., sent an interstate wire of $195,000 to SCC's US Bank Account. Weber used some of the money to pay some of SCC's essential bills in order to continue and conceal the scheme. He also misappropriated some of the $195,000 in the manner described in paragraphs four through six of this Information.

9. The total amount of loss caused by the scheme is $592,006.53.

2

**THE UNITED STATES ATTORNEY FURTHER CHARGES:**

10. The allegations set forth above in paragraphs one through nine of this Information are hereby incorporated in support of the following charge as if set forth in full here.

11. On January 13, 2017, in the State and Eastern District of Wisconsin and elsewhere,

**KEVIN WEBER,**

for the purpose of executing the scheme described in paragraphs one through nine of this Information, and attempting to do so, knowingly caused writings, signs, and signals to be transmitted by means of interstate wire communications between Illinois and Minnesota.

12. The writings, signs, and signals consisted of an interstate transfer of $195,000 from OnDeck Capital Inc. (Chicago, Illinois) to SCC's US Bank Account (Minneapolis, Minnesota).

All in violation of Title 18, United States Code, Section 1343.

for _Kelly B Watkins_
GREGORY J. HAANSTAD
United States Attorney
Dated: 1/29/2018