| Name of Defendant: Kevin Weber | Address: City, State and Zip Code: Greenfield, WI |
|---|---|
| Date of Birth: xx-xx-1978 | Occupation: Unknown |
| Name of Defendant's Attorney: Jonathan LaVoy | Address of Defendant's Attorney: 2505 North 124th Street, Suite 220, Brookfield, WI 53005 |

| Name of U.S. Attorney: Zachary Corey | |
|---|---|

| Has warrant been issued? ☐ YES ☒ NO | When? | By Whom? |
|---|---|---|
| Has warrant been executed? ☐ YES ☒ NO | When? | Where? |
| Has defendant appeared before a Magistrate? ☐ YES ☒ NO | When? | Who? |
| Is the defendant in custody? ☐ YES ☒ NO | Where? | |

Pretrial Scheduling Conference Necessary? ☐ YES ☒ NO

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☒ |

Milwaukee Case ☒  Green Bay Case ☐  County: Milwaukee

| Minor Offense |
|---|
| Petty Offense |

| Arraignment & plea before: | Judge: | Magistrate: |
|---|---|---|

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

**THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN**

| One | 1/12/2017 | Wire Fraud in violation of 18 U.S.C. § 1343 | 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment |
|---|---|---|---|

**Agency/Agent:** Ryan Austin/FBI

**OCDETF:** ☐ YES  ☒ NO